No. 82–6102. ADAMS v. MATHIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6105. DONALDSON v. MAGGIO, WARDEN. Sup. Ct. La. Certiorari denied.

No. 82–6107. TROLIA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6112. MOORE v. SMITH, SUPERINTENDENT, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 82–6119. CARPENTER v. REES, WARDEN, KENTUCKY STATE REFORMATORY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6124. DYKES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 82–6125. HUANG v. FITZPATRICK ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–6129. LEE ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 82–6130. RIZZO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6131. PARKER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–6132. WULFFENSTEIN v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 82–6133. WHITLEY v. BEACHMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6136. VASQUEZ v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.